# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DUDLEY FARRELL,** | : | |
| Plaintiff, | : | CIVIL ACTION NO. 3:14-1554 |
| v. | : | (JUDGE MANNION) |
| **CAROLYN W. COLVIN,** **Acting Commissioner of** **Social Security,** | : : | |
| Defendant | : | |

# O R D E R

For the reasons stated in the court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** The plaintiff's appeal of the decision of the Commissioner of Social Security, **(Doc. 1)**, is **DENIED**;

**(2)** The decision of the Commissioner is **AFFIRMED**; and

**(3)** The Clerk of Court is **ORDERED** to close this case.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: March 5, 2015**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2014 MEMORANDA\14-1554-01-ORDER.wpd